JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-AMERICAN ABILITIES CLUB, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>FRANKLIN DENNIS CASE, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:25-cv-05664-FLA (SSCx)<br><br>**ORDER DISMISSING ACTION [DKT. 9]** |

1

1     On October 1, 2025, Plaintiffs United African-Asian Abilities Club and James Lee filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 9. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1. All dates and deadlines governing this action are VACATED.

    2. The court DISMISSES the action with prejudice.

    IT IS SO ORDERED.

Dated: October 2, 2025

                                  FERNANDO L. AENLLE-ROCHA
                                  United States District Judge